UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY SCOTT ZIEGLER,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JASON BENNETT,<br><br>　　　　Respondent. | CASE NO. 3:24-cv-5990-JNW-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Report and Recommendation ("R&R") of Magistrate Judge David W. Christel is before the Court. Dkt. No. 4. Petitioner Jeffrey Scott Ziegler filed no objections to the R&R, and the time for filing objections has passed. Having considered the R&R, the remainder of the record, and the relevant law, the Court is satisfied that the R&R contains no errors of law and that there are no clear errors on the face of the record. Fed. R. Civ. P. 72(b); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Accordingly, the Court ORDERS:

- The Court ADOPTS the Report and Recommendation, Dkt. No. 4.

- Ziegler's proposed petition is second or successive and is therefore DISMISSED without prejuidce in accordance with 28 U.S.C. § 2244(b)(3)(A).
- A certificate of appealability is DENIED in this case.
- The Clerk is directed to send copies of this Order to Ziegler and to the Honorable David W. Christel.

Dated this 24th day of January, 2025.

Jamal N. Whitehead
United States District Judge